# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dorothy Soland, Daniel Soland, : **CASES CONSOLIDATED**
Mark Ouimet, and Anna Ouimet :
:
:
v. :
:
Zoning Hearing Board of East :
Bradford Township and :
East Bradford Township Board of :
Supervisors and John Marshall and :
Dara Gans-Marshall :
:
East Bradford Township Board of :
Supervisors :
:
v. :
:
East Bradford Township Zoning :
Hearing Board and John Marshall and :
Dara Gans-Marshall :
:
Appeal of: John Marshall and :
Dara Gans-Marshall : No. 395 C.D. 2022
:
Dorothy Soland, Daniel Soland, :
Mark Ouimet, and Anna Ouimet :
:
v. :
:
Zoning Hearing Board of :
East Bradford Township :
and East Bradford Township :
Board of Supervisors and :
John Marshall and Dara :
Gans-Marshall :

Appeal of: John Marshall and      :
Dara Gans-Marshall           :       No. 990 C.D. 2022

**PER CURIAM**            **O R D E R**

NOW, April 4, 2024, having considered Appellees Daniel and Dorothy Soland's application for reargument and Appellants' answer in response thereto, the application is DENIED.